UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>   v.<br><br>ERIC SHIBLEY,<br><br>             Defendant,<br>   v.<br><br>LARRY B. FEINSTEIN, P.S., doing business as VORTMAN & FEINSTEIN,<br><br>             Garnishee-Defendant. | CASE NO. 2:22-mc-00047-LK<br><br>ORDER TERMINATING GARNISHMENT PROCEEDING |

     This matter comes before the Court on the United States of America's Application to Terminate Garnishment Proceeding. Dkt. No. 7. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

ORDER TERMINATING GARNISHMENT PROCEEDING - 1

The Court GRANTS the Application and ORDERS that the garnishment is terminated and that Garnishee, Larry B. Feinstein, P.S., d/b/a Vortman & Feinstein, is relieved of further responsibility pursuant to this garnishment.

Dated this 19th day of September, 2023.

*Lauren King*

Lauren King
United States District Judge

ORDER TERMINATING GARNISHMENT PROCEEDING - 2